ACCEPTED
12-14-00180-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/27/2015 12:00:00 AM
CATHY LUSK
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

July 25, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/25/2015 8:11:50 AM
CATHY S. LUSK
Clerk

Cathy Lusk, Clerk
Twelfth Court of Appeals
1517 W. Front Street, Suite 354
Tyler, Texas 75702

RE:     Angela Hardin v. State
        Appeal Numbers:     12-14-00180-CR and 12-14-00181-CR
        Trial Numbers:      114-1270-12 and 114-1271-12

Dear Ms. Lusk,

I received your letter dated July 24, 2015.  I certify that I have complied with Tex. R. App. P. 48.4 On July 10, 2015, I complied with the requirements of the rule.  I have not yet received the return receipt, or green card, from the postal service.  I attach a copy of my July 10, 2015 letter for the Court's review.

Sincerely,

James Huggler

Attachment:     July 10, 2015 client letter

cc:     Mike West

C:\data\Corel   User   Files\Clients\APPEALS\Hardin, Angela\court.484.wpd

First Place Building   •   100 East Ferguson, Suite 805   •   Tyler, Texas 75702
903-593-2400   •   www.jameshugglerlaw.com   •   Fax 903-593-3830

# JAMES W. HUGGLER, JR.

ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

July 10, 2015

Angela Hardin
TDCJ 01939128
Goree Unit
7405 Highway 75 South
Huntsville, Texas 77344

RE:    Angela Hardin v. State
       Appeal Numbers:    12-14-00180-CR and 12-14-00181-CR
       Trial Numbers:     114-1270-12 and 114-1271-12
                          Smith County

Dear Angela,

The Court of Appeals issued an opinion in your cases on July 8, 2015. I am also enclosing the judgments from that court. They have examined the record and agreed that there is no source of legal error in your cases.

The next level to your appeal would be to the Court of Criminal Appeals in Austin, Texas. The Court of Criminal Appeals is not required to hear appeals, unlike the Twelfth Court of Appeals. The Court of Criminal Appeals has discretionary review authority in criminal cases. Should you decide to proceed to the next level of appeal in your case, therefore, you would need to file a Petition for Discretionary Review (PDR) within thirty days of the date of the opinion of the Twelfth Court of Appeals pursuant to Texas Rule of Appellate Procedure 68. The date of the opinion was July 8, 2015, so a PDR would be due to be filed with the Cour Appeals in Austin no later than August 7, 2015. The address for that Court is PO Box my representation is concluded.

Sincerely,

James Huggler

Enclosure:    Memorandum Opinion and Judgme

First Place Building  •  100 East Ferguson, Suite 805  •  Tyler, Texas 75702
903-593-2400  •  www.jameshugglerlaw.com  •  Fax 903-593-3830